UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON M. FLOWERS,

        Plaintiff,

                              CASE NO. 14-CV-12449
v.                             HONORABLE GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
                                      /

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. #20) DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (DOC. #17) AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOC. #18)

       Before the court are the parties' cross motions for summary judgment, which were referred to the magistrate judge for a report and recommendation. On June 17, 2015, Magistrate Judge Mona Majzoub issued her report, recommending that the court deny plaintiff's motion for summary judgment and grant defendant's motion for summary judgment.

       The magistrate judge specifically stated that any objections to her report were to be filed within 14 days of service, and that failure to file such objections constituted a waiver of any further right to appeal. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985). No such objections were filed by either party.

       The court has reviewed the record and briefing in this matter, as well as the magistrate judge's report and recommendation. Finding that report and recommendation to be well-reasoned, the court hereby adopts the result recommended therein.

Accordingly, plaintiff's motion for summary judgment (Doc. #17) is DENIED and defendant's motion for summary judgment (Doc. #18) is GRANTED.  This case is DISMISSED.

    IT IS SO ORDERED.

Dated:  July 14, 2015

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
July 14, 2015, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk